UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Franko Ramon Paz Elvir,

          Petitioner

v.

Todd Blanche, et al.,

          Respondents

Case No. 2:26-cv-01302-CDS-NJK

**Order Denying as Moot the Petitioner's
Motions and Closing Case**

[ECF Nos. 4, 7, 8, 12]

Petitioner Franko Ramon Paz Elvir initiated this habeas action on April 27, 2026. Pet., ECF No. 4. On May 6, 2026, counsel entered an appearance on Paz Elvir's behalf. Notice, ECF No. 5. On May 20, 2026, counsel filed a motion to extend time to file an amended petition (ECF No. 7) and a motion for an order directing the respondents to identify where the petitioner was being detained (ECF No. 8). The respondents filed a response on June 3, 2026, advising that Paz Elvir was removed to Honduras on May 8, 2026. Resp., ECF No. 11 at 2. Thereafter, the petitioner's counsel filed a status report indicating that, upon information and belief, Paz Elvir was not removed to Honduras until either May 21, 2026, or May 22, 2026. Status report, ECF No. 12. However, because he was removed, petitioner's counsel advises that the case is now moot. I agree. Accordingly, because the petition for writ of habeas corpus and requested relief is now moot, all remaining motions are denied, and the case is closed.

Conclusion

IT IS THEREFORE ORDERED that the petition **[ECF No. 4] is DENIED as moot without prejudice.**

IT IS FURTHER ORDERED that the petitioner's motion for extension of time [ECF No. 7] and motion for an order directing the respondents to identify the petitioner's location [ECF No. 8] are DENIED as moot.

The Clerk of the Court is kindly directed to close this case.

Dated: June 15, 2026

_____
Cristina D. Silva
United States District Judge